STATE OF NEW JERSEY v. J.F.G.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY WILLIAM MYERS.

December 20, 1983.

Petition for certification denied.

EXXON COMPANY, U.S.A. v. MAYOR AND COUNCIL OF THE TOWNSHIP OF BRICK.

December 20, 1983.

Petition for certification denied.

MIDLAND BANK & TRUST COMPANY v. SUNFLOWER SEVENTEEN, INC.

December 20, 1983.

Petition for certification denied.